UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| TIFFANY SHANA AUSTIN,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:23-cv-09409-DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: December 4, 2024

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-